IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Teikoku Pharma USA, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12 C 1864 |
| ) | |
| JAR Laboratories, LLC, ) | Judge Rebecca R. Pallmeyer |
| ) | |
| Defendant. ) | |

## ORDER

Status hearing held on 9/24/203. Plaintiff and Defendant agree that all claims and counterclaims asserted in this Action be dismissed with prejudice upon entry by the Court of the Stipulated Permanent Injunction. Pending motions [86, 159] are stricken.

ENTER:

Dated: September 24, 2013

REBECCA R. PALLMEYER
United States District Judge

(T:00:02)

U.S. DISTRICT COURT
CLERK
2013 SEP 25 AM 10: 48